COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Rose Air, LLC v. Brazoria County Appraisal District and Cheryl Evans in Her Capacity as Chief Appraiser

Appellate case number:    01-13-01085-CV

Trial court case number:    71172

Trial court:    412th District Court of Brazoria County

Appellant, Rose Air, LLC, has filed a Motion for Extension of Time "for filing the clerk's record, payment of fees in connection with the clerk's record, and payment of the appellate filing fee." We grant the motion in part and dismiss the motion in part.

On January 16, 2014, the Clerk of this Court notified appellant that, unless it provided proof of having paid or made payment arrangements for preparation of the clerk's record, or an explanation of why appellant was exempt from payment by February 5, 2013, the Court might dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3. On January 21, 2014, the Clerk of this Court notified appellant that the records show that appellant had neither established indigence nor paid the $195.00 appellate filing fee and, unless appellant paid the required fee by February 20, 2014, the Court might dismiss the appeal. *See* TEX. R. APP. P. 5, 42.3. Appellant responded with its motion for extensions of time to pay this Court's filing fee and fee for preparation of the clerk's record.

We **dismiss** appellant's request for an extension of time to file the clerk's record. *See* TEX. R. APP. P. 35.3(c) (providing that appellate court may extend time to file clerk's record if trial court clerk requests). We **grant** appellant's request to extend the deadlines to respond to the January 14, 2014 notice regarding payment of fees for preparation of the clerk's record and to pay the appellate filing fee of $195.00. **Accordingly, unless appellant (1) provides proof of having paid or made payment arrangements for preparation of the clerk's record, or an explanation of why appellant was exempt from payment, and (2) pays the filing fee of $195.00 within 30 days of the date of this order, the Court may dismiss the appeal.** *See* TEX. R. APP. P. 37.3(b), 42.3.

It is so ORDERED.

Judge's signature: /s/ <u>Justice Jim Sharp</u>
         ☑ Acting individually    ☐ Acting for the Court

Date:  March 25, 2014